for the Fourth Circuit is denied for the reason that application therefor was not made within the time provided by law.  28 U. S. C. § 2101 (c).  *I. Duke Avnet* for petitioners.  *Allen A. Davis* for respondents.

No. 65, Misc.  GALLAGHER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 74, Misc.  UNITED STATES EX REL. McCANN *v.* ADAMS, WARDEN, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 76, Misc.  UNITED STATES EX REL. McCANN *v.* ADAMS, WARDEN, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 103, Misc.  PENNSYLVANIA EX REL. BEARRINGER *v.* ASHE, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 221, Misc.  NOLLEY *v.* CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD Co.  C. A. 8th Cir.  Certiorari denied.  *Irving H. Green* for petitioner.  *Arthur C. Erdall, A. N. Whitlock* and *M. L. Bluhm* for respondent.

No. 228, Misc.  FINKEL *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 233, Misc.  BUTNER *v.* NEVADA.  Supreme Court of Nevada.  Certiorari denied.  Petitioner *pro se.  Alan Bible,* Attorney General of Nevada, *W. T. Mathews,* Special Assistant Attorney General, and *Geo. P. Annand* and *Robert L. McDonald,* Deputy Attorneys General, for respondent.